CUAUHTEMOC ORTEGA (Bar No. 257443)
Federal Public Defender
COLIN THRELKELD (Bar No. 358907)
(E-Mail: Colin_Threlkeld@fd.org)
Deputy Federal Public Defender
321 East 2nd Street
Los Angeles, California 90012-4202
Telephone: (213) 894-7521
Facsimile: (213) 894-0081

*Attorneys for Petitioner*

TODD BLANCHE
Deputy Attorney General
BILAL A. ESSAYLI
First Assistant United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
DANIEL A. BECK
Assistant United States Attorney
Chief, Complex and Defensive Litigation Section
JOSEPH M. BRIONES (Bar No. 303190
RANDY HSIEH (Bar No. 312087)
Assistant United States Attorney
Federal Building, Suite 7516
300 North Los Angeles Street
Los Angeles, California 90012
Telephone: (213) 894-6585
E-mail: Randy.Hsieh@usdoj.gov

*Attorneys for Respondents*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LEVON AYRAPETOV,<br>Petitioner,<br>v.<br>DAVID MARIN, et al.,<br>Respondents. | Case No.: 5:26-cv-00599-PVC<br><br>**ORDER RE: BRIEFING SCHEDULE** |

In accordance with joint status report agreed to by the parties (Dkt. 24), Petitioner shall have until no later than June 1, 2026, to file additional briefing on the remaining issues raised by the petition.

DATED: 5/27/26 By ______________________

HON. PEDRO V. CASTILLO
United States Magistrate Judge

Presented by:

*/s/ Colin Threlkeld*
Colin Threlkeld
Deputy Federal Public Defender